IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      4:08CR00422-01-WRW

PABLO ALVAREZ

## ORDER

Pending is the Government's Motion to Dismiss Without Prejudice (doc #20). The Motion is GRANTED. The Indictment is dismissed as to defendant, Pablo Alvarez, only.

IT IS SO ORDERED this 2nd day of April, 2010.

                                                     /s/Wm. R. Wilson, Jr.
                                           UNITED STATES DISTRICT JUDGE

orddismindictment.wpd